UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00008-SMM

UNITED STATES OF AMERICA,

v.

JOSE ALEJANDRO CARRILLO-ACEVEDO,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
**JESSICA KAHN OBENAUF**
Assistant United States Attorney
Florida Bar No.: 52716
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                              AUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY __WMB__ D.C.
FEB 11 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

United States of America )
v. )
)  Case No.  26-MJ-00008-SMM
JOSE ALEJANDRO CARRILLO-ACEVEDO, )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 8, 2026__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE
*Printed name and title*

Date: 2/11/2026

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Alejandro CARRILLO-ACEVEDO ("CARRILLO-ACEVEDO") committed the offense of being a previously removed alien found in the United States, in violation of 8 U.S.C. § 1326(a).

3. On or about January 8, 2026, the Saint Lucie County Sheriff's Office arrested CARRILLO-ACEVEDO in Saint Lucie County, Florida for driving under the influence ("DUI") and refusal to submit to DUI testing. As part of the booking process at the Saint Lucie County Jail, CARRILLO-ACEVEDO was fingerprinted. Also on January 8, 2026, a Saint Lucie County Jail booking clerk notified the Stuart, Florida ICE office of the arrest, alerting ICE officials to CARRILLO-ACEVEDO's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to Jose Alejandro CARRILLO-ACEVEDO, which show that he is a native and citizen of Mexico. Records show that on February 27, 2013, CARRILLO-ACEVEDO was ordered removed from the United States. That same day, CARRILLO-ACEVEDO was removed from the United States to Mexico.

5.  Law enforcement scanned fingerprints taken from CARRILLO-ACEVEDO on January 8, 2026, into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that CARRILLO-ACEVEDO is the individual that was previously removed from the United States.

6.  Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Jose Alejandro CARRILLO-ACEVEDO ever filed an application for permission to reapply for admission into the United States after deportation or removal. Agents found no records indicating that CARRILLO-ACEVEDO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States.

7.  Based on the foregoing, there is probable cause that Jose Alejandro CARRILLO-ACEVEDO committed the offense of illegal reentry after removal, in violation of 8 U.S.C. § 1326(a).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this 11th day of February 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE